UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thumbtack, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Liaison, Inc.<br><br>　　　　Defendant. | Case No. 3:23-cv-02830-WHO<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge:　　William H. Orrick<br><br>Complaint filed: June 8, 2023 |

Upon stipulation by Plaintiff Thumbtack, Inc. ("Thumbtack"), and Defendant Liaison, Inc. ("Liaison") requesting that Thumbtack's claims against Liaison be dismissed with prejudice, and for good cause shown:

**IT IS HEREBY ORDERED** that all claims against Liaison are dismissed, with prejudice, in connection with the above-captioned action. Each party assumes its own attorneys' fees and costs.

Dated:　March 26　, 2024

_____
HONORABLE WILLIAM H. ORRICK
U. S. DISTRICT COURT JUDGE

123926092.1